FILED
CHARLOTTE, NC
JUL 12 2023
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>XAVIER AKEM-RASHAD DAVIS )<br>)<br>) | Docket No. 3:23-cr-154-MOC<br><br>**BILL OF INFORMATION**<br><br>Violations:<br>18 U.S.C. § 922(j) |

THE UNITED STATES CHARGES:

### COUNT ONE
(Possession of Stolen Firearm)

On or about March 4, 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**XAVIER AKEM-RASHAD DAVIS,**

knowingly possessed a stolen firearm, that is, one Glock semi-automatic handgun, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen, all in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

### NOTICE OF FORFEITURE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of information. There is probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: One Glock Model 19, 9mm semi-automatic handgun, serial number BSKP898, and ammunition, seized on March 4, 2023, during the investigation.

DENA J. KING
UNITED STATES ATTORNEY

*/s/ Steven R. Kaufman*

STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY