Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

**U. S. DISTRICT COURT**

**CASE SEALED:** ◯ YES ● NO  **DOCKET NUMBER:** 3:23-cr 154-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | XAVIER AKEM-RASHAD DAVIS |
| **COUNTY OF OFFENSE** | : | Mecklenburg |
| **RELATED CASE INFORMATION** | : | N/A |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | Arrest Warrant |

**U.S.C. CITATIONS** (Mark offense carrying greatest weight): ◯ Petty  ◯ Misdemeanor  ● Felony

18 USC 922(j)

**JUVENILE:** ◯ Yes  ● No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | Kaufman, Steve |
| **VICTIM/WITNESS COORDINATORS:** | | N/A |
| **INTERPRETER NEEDED** | : | No |
| **LIST LANGUAGE AND/OR DIALECT:** | | English |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | | Brook Antonio was appointed based on a Target Letter |